**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        ) | CR-06-00821-01-PHX-SMM |
|                                  ) | |
| Plaintiff,       ) | |
|                                  ) | |
| vs.                              ) | |
|                                  ) | |
| Alejandro Bravo,                 ) | **DETENTION ORDER** |
|                                  ) | |
| Defendant.       ) | |
|                                  ) | |

A detention hearing on the Petition on Supervised Release was held on October 26, 2010.

**THE COURT FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 26th day of October, 2010.

Lawrence O. Anderson
United States Magistrate Judge